# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| OCTAVIOUS EDWARD ELMORE, et al., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiffs, | ) | 3:23-cv-00036-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| MECKLENBURG COUNTY COURTHOUSE, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 28, 2023 Order.

August 28, 2023

_Katherine Hord Simon, Clerk_
United States District Court